[pic]
 The Supreme Court of Texas
 Post Office Box 12248
 Austin, Texas 78711
 Telephone: (512) 463-1312

 FACSIMILE

TO: OF: FAX NO.:
Honorable Anne Ashby Judge, 134th District Court 214-653-6988
Mr. Eric Gordon Walraven Godwin Papps Langley Gruber, LLP 214-760-
7332
Mr. Christopher A. Payne Law Offices of Christopher A. Payne
972-392-1324
Ms. Lisa Matz Clerk, Fifth Court of Appeals 214-745-1083

FROM: Clerk's Office
DATE: March 28, 2006
PAGES: (4), including cover page

RE: Case Number: 06-0239; In Re Mariner Health Care of Nashville Inc.,
 individually and/or d/b/a Mariner Health of North Dallas

COMMENTS: The attached order was issued this date.

 If you have any questions, please call. Thank you.